## (June 21, 1966)

■ In the Matter of PETER BELL, Petitioner, v. WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Determination confirmed, without costs or disbursements, and the petition dismissed (see *Matter of Skaricia* v. *Waterfront Comm.*, 20 A D 2d 871). Concur — Rabin, J. P., Eager and Capozzoli, JJ.; Stevens and Steuer, JJ., concur on constraint of *Matter of Skaricia* v. *Waterfront Comm.* (20 A D 2d 871).

■ T. RUSS HILL, Respondent, v. WARD INDUSTRIES CORPORATION, Appellant.— Order, entered on September 9, 1965, so far as appealed from, unanimously affirmed, without costs or disbursements. Costs and disbursements are not awarded because matter outside the record was included in respondent's brief. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS RODRIGUES MANSANO, Appellant.— Judgment of conviction unanimously affirmed. (See Penal Law, § 242, subd. 4.) No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.